RONALL WAYNE HARRISON
1484657 ALLRED UNIT
2101 FM 369 NORTH
IOWA PARK, TEXAS 76367

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 24 2015

Abel Acosta, Clerk

NOVEMBER 17 2015

HONORABLE ABEL ACOSTA-CLERK
COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RE: EX PARTE RONALL WAYNE HARRISON, CCA# WR-40,355-04
    TRIAL COURT NUMBER 4205-C, JACK COUNTY, TEXAS

Dear Mr. Acosta,

   On November 3 2015, I submitted a Motion to Hold in Abeyance any decisions by the Court in the above writ number. I have received no response to the filing of this motion, nor have I received any notification from you that this motion was received and filed with the court.

For the Court to make any decision in this matter, in regards to the order evidentairy hearing, and the trial court filing it's findings of fact and conclusions of law in this matter would be a total miscarriage of justice due to the fact that the applicant has tried and attempted in every possible way to be provided a copy of the records from the hearing in order for applicant to draft and submit his objections to the Courts findings of fact and conclusions of law.

As of todays date, November 17 2015, the applicant has received no records from the hearing and continues to be told by his attorney to contact the court clerk and court reporter for the records, who then tell the applicant that in order for him to receive the records he will need to contact his attorney. This is to let this Honorable Court know, what is going on, and that I intend to file an objection. Thank you.

Sincerely,